IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWIN S. WIDMER and HEATHER WIDMER,** *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>**WELTMAN WEINBERG & REIS CO., LPA**,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 22-01323-KSM |

## ORDER

**AND NOW** this 15th day of December 2022, upon consideration of Defendant's Motion for Judgment on the Pleadings (Doc. No. 11), Plaintiffs' opposition brief (Doc. No. 12), Defendant's reply brief (Doc. No. 13), and the arguments made by counsel at oral argument on November 30, 2022, it is **ORDERED** that the Motion is **GRANTED.** Plaintiffs' Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE.** The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.